# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BRIAN LEWIS,                )<br>                                         )<br>                                         )    CIVIL ACTION NO: 1:20cv01523<br>        Plaintiff,            )<br>v.                                     )<br>                                         )<br>LEIDOS HOLDINGS, INC.,  )<br>                                         )<br>        Defendant.         )<br>                                         ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Date: June 30, 2021                                    Respectfully submitted,

/s/  Todd M. Gaynor                                  /s/  Ajente Kamalanathan

Todd M. Gaynor, Esquire                         Ajente Kamalanathan, Esq.
Virginia Bar No.: 47742                           Virginia Bar No.: 93121
GAYNOR LAW CENTER, P.C.               Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
440 Monticello Avenue, Suite 1800          1909 K Street NW, Suite 1000
Norfolk, Virginia 23510                            Washington, DC 20006
PH: (757) 828-3739                                  PH: (202) 887-0855
EM: tgaynor@gaynorlawcenter.com        EM: Ajente.kamalanathan@ogletreedeakins.com

*Counsel for Plaintiff*                                *Counsel for Defendant*